E-filing

FILED [stamp] 08 MAY 5 PM 3:28

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  4-8-2008

3  Name  LEONARD HOWARD, DONtUS DONVEttE GAllOWAY

4     (Last)           (First)           (Initial)

5  Prisoner Number  C-22800

6  Institutional Address  Pelican Bay State Prison, B-Facility B-1-132

7  5905 Lake Earl Drive, P.O. Box 7500, Crescent City, CA. 95532

8  ================================================================

9                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA          CV 08 2319 JSW

10  Howard Dontus Leonard Reifenman  )   Warden   Director
11  (Enter the full name of plaintiff in this action.)  )  M. Nimrod  Jeanne
                                                          Woodford (PR)
12                    vs.  Doctor M. Douglas aka  )  Case No. _____
                                                  )    (To be provided by the clerk of court)
13  Robert A. Horel, Warden                       )
                        c/o                        )   **COMPLAINT UNDER THE**
14  M. Cook, Warden, M. Hailey)                   )   **CIVIL RIGHTS ACT,**
                        c/o                        )   **42 U.S.C §§ 1983**  c/o Rivercrook
15  Allen, D.R. 52076 Badge                       )
                                                   )           c/o M. P. Baron R&R,
16  Seg, Et, AL, B. Belosky @. ~~Barrett~~        )           c/o Salur, N. Grannis
    (Enter the full name of the defendant(s) in this action))  6.) Barrett  c/o Shellabarger
17  K. Camarena -51290

18  [All questions on this complaint form must be answered in order for your action to proceed..]

19  I.    Exhaustion of Administrative Remedies  c/o R.J. Haberman
                                                  c/o Rivercreek aka Toni Morrison
20        [Note: You must exhaust your administrative remedies before your claim can go
                                                              aka J. Morrison
21        forward. The court will dismiss any unexhausted claims.]  N. Grannis

22        A.  Place of present confinement  Pelican Bay State Prison

23        B.  Is there a grievance procedure in this institution?  + N/A

24            YES (✓)    NO ( )

25        C.  Did you present the facts in your complaint for review through the grievance

26            procedure?

27            YES (✓)    NO ( )

28        D.  If your answer is YES, list the appeal number and the date and result of the

          602, Nov 27th Denied P-07-01912

COMPLAINT                         - 1 -

4-8-2008

1  appeal at each level of review. If you did not pursue a certain level of appeal,
2  explain why. SEE CV-07-5831-JSW-(PR)
3  1. Informal appeal I WAS DENIED by Staff,
4  D.R. ALLEN, 72056, I WAS DENIED by C/O
5  D. BROWN 43286, 43638, 43238, 3 Badges   2. First
6  formal level I WAS DEINFED SECOND 602
7  H.C. P.B. 07-5194, I also have these Lawsuits
8  CV-07-5248, CV-2307, CV-02711-JKS-EFB
9  3. Second formal level I was denied both appeals
10 concerning these issues of canteen theft,
11 personal property theft, And denial of my    4 Third
12 formal level Mail and destructions of my Radio A.M.
13 FM, cassette C/O, Player Etron, And Rubber Antenna
14 Value $88.00 And my color Panasonic T.V. Value $310.00
15 E. Is the last level to which you appealed the highest level of appeal available to
16    you?   And 15.00 dollars Army Service Pay
17    YES (✓)  NO ( )  138581-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, S4234-
                       247116-1308
18 F. If you did not present your claim for review through the grievance procedure,
19 ~~explain why.~~ I did Dr. M. NIMROD, AKA DR. M. DOUGLAS Sinked
20    (WARDEN)
21 I was to mentally deranged, ill, and crazy to know if I
22 II. Parties even had moved or property, so he proceedes to steal
                                                Everything I owned
23 A. Write your name and your present address. Do the same for additional plaintiffs,
24 OWEDED if any. With Mildred Ray Anthony, Toni Morrison his wife!
25 Howard Dontus Downette Leonard, Pelican Bay State
26 Prison, 5905 Lake Earl Drive, P.O. Box 7500, B-Facility
27 B-1- C-132 Cresent city CA. 95532
28 B. Write the full name of each defendant, his or her official position, and his or her

COMPLAINT                    - 2 -

1   place of employment.
2   Robert A. Harell, Warden of Administration and
3   Authority over All Police, as Goon Squad he is J.A. McKinny
4   44237 Badge, M. Cook Warden over Canteen and Recieving
5   and Release and B. Belosky C/o Floorguard in P.S.U. and
6   G. Garrett C/o G. Darrett, C/o Allen, 52076    III. Psych Services Unit
7   Statement of Claim  Theft of My Property, Canteen.!
8   State here as briefly as possible the facts of your case. Be sure to describe how each
9   defendant is involved and to include dates, when possible. Do not give any legal arguments or
10  cite any cases or statutes. If you have more than one claim, each claim should be set forth in a
11  separate numbered paragraph. Dr. M. Douglas Antoni Damacourt Nimrod
12  1. On 11-12-2007 Dr. Allen badge 52076, Stole 45.00 dollars
13  worth of my canteen, all of it! On 12-15-2007, I had them
14  Steal 28.00 dollars of my canteen C/o Allen 76052, 1-12-2008
15  C/o Allen 52076 Stole 45.00 canteen, all of it! On 2-13-2008
16  C/o Allen 52076 and B. Beloski Stole 45.00 of my canteen and
17  On 3-12-2008, C/o G. Darrett aka D. Garrett
18  Stole 45.00 dollars worth of my canteen with L. Thompson
19  L. thomas and C/o B. Belosky and C/o Allen 52076 and
20  On 3-20-2006 on my arrival here C/o M.D. Baron and
21  C/o Shellabarger, J. Rupert, Robert A Horell 44237 and
22  T. Steward Ass. Warden and C/o R.L. Smith 54385-6 C/o Salur
23  "Personnel Sailor" Stole My Eitron Radio Panasonic Color T.V
24  12 C/o's 12 cassettes and 70.00 dollars worth of canteen and All
25  IV.   Relief  To be Reimbursted    My Money $03.00 on My Trust account!
26  Your complaint cannot go forward unless you request specific relief. State briefly exactly
27  what you want the court to do for you. Make no legal arguments; cite no cases or statutes.
28  by The California Department of Corrections, and
    Rehabatitarions and State board of claims at

COMPLAINT                          - 3 -

(4-8-2008)

1. 1515 K-Street Mall, $145.00 dollars Casseten $429.00 dollars clos cassettes
2. 88 dollars for My Etron Radio, $3,100.00 for My Panasonic Color
3. T.V, $503.00 dollars They Stole from My Trust account for
4. A Total of $9,466 Dollars compensatory damages and 10,000
5. dollars damages as They did this because I'm a Legal Licensed
6. Bar Association Attorney and held bi False imprisonment

I declare under penalty of perjury that the foregoing is true and correct.   My Licenses Are 138581 and 54234 and 247116

Signed this __8th__ day of __April__, 20_08_

Howard Dontus Donvette Leggenman Leonard

(Plaintiff's signature)

My Mothers Licenses are 138847 245116 30+20+20

COMPLAINT — 4 —

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

168339

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |
| REQUEST FOR:    MEDICAL ☐    PSYCHIATRY ☐    MENTAL HEALTH ☐    DENTAL ☐    PHARMACY ☐ |
| NAME:                     CDC #:             HOUSING: |
| PHARMACY REFILL #           *Pharmacy, place labels on back of form* |
| THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM) |
| |
| PATIENT'S SIGNATURE:             DATE: |

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|
| Date & Time Received:             Received by: |
| Reviewed by RN/RDA, Date:    Time:    Signature:    Triage Designation: |
| S: |
| |
| O:    T:    P:    R:    BP:    WEIGHT: |
| |
| A: |
| P: |
| Signature/Date/Time: |

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |

Print/Stamp Name        Signature/Title        Date & Time Completed

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**
1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

**DISTRIBUTION:**
ORIGINAL-Unit Health Record    YELLOW - Pharmacy    PINK - Inmate Trust    GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| **Name:** | **CDC#:** | **Housing:** | **Institution:** |
|---|---|---|---|

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

168338

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |
| REQUEST FOR:   MEDICAL ☐   PSYCHIATRY ☐   MENTAL HEALTH ☐   DENTAL ☐   PHARMACY ☐ |
| NAME:                                                   CDC #:                              HOUSING: |
| PHARMACY REFILL #                                                *Pharmacy, place labels on back of form* |
| THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM) |
| |
| PATIENT'S SIGNATURE:                                              DATE: |

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|
| Date & Time Received:                                    Received by: |
| Reviewed by RN/RDA, Date:    Time:    Signature:    Triage Designation: |
| S: |
| O:    T:    P:    R:    BP:    WEIGHT: |
| |
| A: |
| P: |
| Signature/Date/Time: |

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |

| Print/Stamp Name | Signature/Title | Date & Time Completed |
|---|---|---|

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

**DISTRIBUTION:**
ORIGINAL-Unit Health Record    YELLOW - Pharmacy    PINK - Inmate Trust    GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| **Name:** | **CDC#:** | **Housing:** | **Institution:** |
|---|---|---|---|

# HEALTH CARE SERVICES REQUEST FORM (PBSP 7362)

| PART I: TO BE COMPLETED BY THE PATIENT |
|---|
| If you believe this to be an urgent/emergent health care need, contact the correctional officer on duty |
| REQUEST FOR:    MEDICAL ☐    PSYCHIATRY ☐    MENTAL HEALTH ☐    DENTAL ☐    PHARMACY ☐ |
| NAME:                                         CDC #:                          HOUSING: |
| PHARMACY REFILL #                                     *Pharmacy, place labels on back of form* |
| THE REASON YOU WANT HEALTH CARE. (DESCRIBE YOUR HEALTH PROBLEM AND HOW LONG YOU HAVE HAD THE PROBLEM) |
| |
| PATIENT'S SIGNATURE:                                      DATE: |

| PART II: TO BE COMPLETED BY THE TRIAGE RN/RDA/MTA |
|---|
| Date & Time Received:                                   Received by: |
| Reviewed by RN/RDA, Date:      Time:      Signature:      Triage Designation: |
| S: |
| |
| O:      T:      P:      R:      BP:      WEIGHT: |
| |
| A: |
| P: |
|                                                Signature/Date/Time: |

| APPOINTMENT SCHEDULED AS: | EMERGENCY ☐ (immediately) | URGENT ☐ (within 24 hours) | ROUTINE ☐ (within 14 calendar days) |
|---|---|---|---|
| REFERRED TO PCP: | | DATE OF APPOINTMENT: | |

| Print/Stamp Name | Signature/Title | Date & Time Completed |
|---|---|---|

**COPAYMENT INFORMATION – TO BE FILLED OUT BY DEPARTMENTAL STAFF**

1. ☐ Visit was for an emergency
2. ☐ Visit was for diagnosis or treatment of a communicable disease condition (See Title 17, Chapter 4, Subchapter 1, Section 2500 CCR)
3. ☐ Visit was for mental health services
4. ☐ Visit was a follow-up requested by the clinician.
5. ☐ Visit was for State mandated evaluation or treatment (e.g., Annual TB tests)
6. ☐ Visit was for reception screening and evaluation only
7. ☐ Visit is NOT exempt from co-payment. Send PINK copy to Inmate Trust Office.

**DISTRIBUTION:**
ORIGINAL-Unit Health Record      YELLOW - Pharmacy      PINK - Inmate Trust      GOLDENROD – Inmate/Patient
PBSP 7362 (Rev. 7/03)

| Name: | CDC#: | Housing: | Institution: |
|---|---|---|---|

*The Lied This is My Prison # C-22800 check*



ORIGINAL FILED
APR 2 4 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

HOWARD LEONARD,

    Plaintiff,

v.

N. GRANNIS, et al,

    Defendants.

No. C 07-5831 JSW (PR)

ORDER OF DISMISSAL

Plaintiff, a California prisoner, filed this pro se civil rights complaint under 42 U.S.C. § 1983. On November 16, 2007, the Court sent a notice regarding Plaintiff's failure to pay the filing fee or complete an in forma pauperis application. The notice was sent to the prison where Plaintiff indicated he was located, with the prisoner identification number Plaintiff provided. Thereafter, on December 17, 2007, the Court's notice was returned with a notification from the prison that the prisoner identification number was incorrect. More than 60 days have passed since the notice was returned from the prison, and Plaintiff has not provided the Court with his correct identification number and location information, nor has he filed anything at all in this case since his complaint. Accordingly, Plaintiff's complaint is hereby dismissed without prejudice for his failure to keep the Court apprised of his current address and identification information, pursuant to Civil Local Rule 3-11(b); see also Fed. R. Civ. P. 41(b).

The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: April 24, 2008

                                *Jeffrey S White*
                                JEFFREY S. WHITE
                                United States District Judge

```
1                      UNITED STATES DISTRICT COURT
2                                FOR THE
3                    NORTHERN DISTRICT OF CALIFORNIA
4

5
   HOWARD D LEONARD,                      Case Number: CV07-05831 JSW
6
            Plaintiff,                    CERTIFICATE OF SERVICE
7
      v.
8
   DEPT OF CORRECTIONS et al,
9
            Defendant.
10                                      /

11
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
12 Court, Northern District of California.

13 That on April 24, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing
14 said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
   receptacle located in the Clerk's office.
15

16
   Howard Dontus Laroyce Leonard
17 Pelican Bay State Prison
   C22800
18 P.O. Box 7500
   Crescent City, CA 95532
19
   Dated: April 24, 2008
20
                                                    Jennifer Ottolini
                                          Richard W. Wieking, Clerk
21                                        By: Jennifer Ottolini, Deputy Clerk
```

Mr Nouroud Dortus LaRoyce Leonard c-22800
P.O. Box 7500
Pelican Bay State Prison
SB-Facility 43-1-c-132
Crescent City CA 95532

Confidential
Legal
mail

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532

EUREKA CA 955

The Northern District Court
450 Golden Gate Ave
San Francisco, California 94102

9410 2335 51 0004

02 1M
0004217666
MAILED FROM ZIPCODE 95531
APR 30 2008
$00.58