IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HOWARD DONTUS LEONARD, | ) | No. C 08-2319 JSW (PR) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| ROBERT A. HOREL, | ) | |
| Defendants. | ) | |

    An order of judgment is hereby entered DISMISSING this action without prejudice.

    IT IS SO ORDERED.

DATED: <u>May 30, 2008</u>

                                                          *Jeffrey S. White*
                                           JEFFREY S. WHITE
                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HOWARD LEONARD,

    Plaintiff,

v.

ROBERT A. HOREL et al,

    Defendant.

Case Number: CV08-02319 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Howard Leonard
PBSP-II
Pelican Bay State Prison
P O Box 7500
Crescent City, CA 95531

Dated: May 30, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk